April 18, 2018 



Jeanne Jagow, Attorney at Law
P.O. Box 271088
Littleton, CO 80127

In the matter of Seth Weiss bankruptcy, Case No. 13-23046-TBM, of which we are a claimant, this is to notify you of a change of address for Todd and Amy Heiserman.

**NEW ADDRESS:**

Todd and Amy Heiserman
196 So. Madison St.
Denver, CO 80209

Please update your records and send the proposed payment to us at this address.

Thank you.

Amy Heiserman